1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9    Khikmatdzhon Iakubov,                    No. CV-25-03187-PHX-KML (JZB)

10                    Petitioner,             **ORDER**

11    v.

12    Fred Figueroa, et al.,

13                    Respondents.

14

15         Petitioner Khikmatdzhon Iakubov, who is currently confined in the Eloy Detention

16    Center, filed a petition under 28 U.S.C. § 2241 and complaint for declaratory and injunctive

17    relief (Doc. 1) and paid the $5.00 filing fee for a habeas corpus action. Petitioner also filed

18    a motion for temporary restraining order and preliminary injunction. (Doc. 2.) Respondents

19    must file an expedited answer to the petition and expedited response to the motion for

20    injunctive relief or a statement indicating no action will be taken pending full briefing

21    under the normal schedule.

22         Petitioner names as respondents Eloy Detention Center Warden Fred Figueroa,

23    Immigrations and Customs Enforcement Field Office Director John Cantu and Acting

24    Director Todd Lyons, Department of Homeland Security Secretary Kristi Noem, and

25    United States Attorney General Pam Bondi.

26         Petitioner, a native and citizen of Tajikistan, was living in Tajikistan when he was

27    arrested, beaten, and tortured by police for attending an LGBT gathering. (Doc. 1 ¶¶ 19-

28    20.) He was outed to his family, who attacked him. (Doc. 1 ¶¶ 21-22.) Petitioner survived

and fled to Russia, where he was arrested while praying in a Mosque and tortured by police who also tried to force him to fight in the Russian war against Ukraine. (Doc. 1 ¶¶ 24-26.) Petitioner came to the United States on January 9, 2024, where he was detained. (Doc. 1 ¶ 28.) Petitioner received withholding of removal to both Tajikistan and Russia but remains in immigration detention. (Doc. 1 ¶ 30.)

Petitioner raises four claims for relief. The first three claims are that his detention violates 8 U.S.C. § 1231(a), as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001), his due process rights under the Fifth Amendment, and the Administrative Procedure Act because ICE failed to provide custody reviews required by 8 C.F.R. § 241.4. His fourth claims is that his procedural due process rights would be violated by removal to a third country without notice. (Doc. 1 at 26-30.)

Respondents must answer the petition. Respondents also must file a statement indicating whether they agree not to remove petitioner from the United States pending full briefing under the normal schedule. If respondents do not agree, they must file their opposition to the motion on an expedited basis.

**IT IS ORDERED:**

(1)    Counsel for petitioner must immediately serve the petition upon Respondents.

(2)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)    The clerk of court must immediately transmit by email a copy of this order and a copy of the petition and motion to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4)    Respondents must respond to the motion for injunctive relief no later than **5:00 p.m.** on **September 5, 2025**. Petitioner may reply no later than **noon** on **September 8, 2025**.

(5)    If respondents stipulate petitioner will not be removed from the United States while his motion for injunctive relief is pending, respondents will receive the full time to respond provided under Local Rule of Civil Procedure 7.2(c). **Respondents must advise the court no later than 3:00 p.m. on September 3, 2025, whether they will so stipulate.**

(6)    Respondent must answer the petition within 20 days of the date of service.

(7)    Petitioner may file a reply within 10 days from the date of service of the answer.

Dated this 2nd day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge