# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khikmatdzhon Iakubov, | No. CV-25-03187-PHX-KML (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

On September 15, 2025, the court ordered supplemental briefing as to why relief should not be granted as to count one on the basis that petitioner's removal is not significantly likely to occur in the reasonably foreseeable future. (Doc. 12.) On September 18, 2025, respondents filed their supplement indicating:

> Respondents have no additional information to provide. As disclosed in the Response to the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 10), ICE sent requests for assistance to the Consulate Generals of Uzbekistan, Kyrgyzstan, and Hungary in April 2025, but has not received a response from any of those countries. Doc. 10 at Ex. A ¶ 18.

(Doc. 18 at 1). Based on this response, respondents have not rebutted petitioner's showing there is no significant likelihood of removal in the reasonably foreseeable future. The court therefore grants the petition as to count one and directs petitioner be released from custody immediately. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

The court also directed the parties to address the impact petitioner's release from detention would have on his remaining claims. In his supplement, petitioner argued his

release would moot his claim under the Administrative Procedure Act but would not moot his claim regarding removal to a third country. (Doc. 19 at 2.) But petitioner—whom all parties agree is a member of the class in *D.V.D. v. Dep't of Homeland Sec.*, No. 25-cv-10676-BEM (D. Mass.) (Doc. 10 at 7, Doc. 19 at 4)—conceded the court "might find it appropriate to dismiss his third-country removal claim without prejudice . . . and allow it to be adjudicated in the *D.V.D.* litigation." (Doc. 19 at 3-4.) The court agrees the present facts do not establish a sufficient likelihood of imminent removal, so dismissal of the third-country removal claim is appropriate.

**IT IS THEREFORE ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to count one. Petitioner must be released from immigration custody immediately.

**IT IS FURTHER ORDERED** claims two, three, and four are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** all remaining motions are **denied as moot**.

**IT IS FURTHER ORDERED** the Clerk of Court must enter judgment in petitioner's favor and close this case.

Dated this 25th day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge